No. 625. Trustees of Lumber Investment Assn. *v.* Helvering, Commissioner of Internal Revenue. March 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. William D. Mitchell, William S. Bennet, Rollin Browne,* and *Allin H. Pierce* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, J. Louis Monarch,* and *S. Dee Hanson* for respondent.

No. 637. Simmons et al. *v.* Toohey; and

No. 638. Smith *v.* Schwier. March 6, 1939. Petition for writs of certiorari to the Supreme Court of Ohio denied. *Mr. George S. Hawke* for petitioners. No appearance for respondents. Reported below: 134 Ohio St. 358; 17 N. E. 270.

No. 639. Bajoras *v.* United States. March 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Harry A. Estep* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for the United States.

No. 642. Pickett *v.* United States. March 6, 1939. Petition for writ of certiorari to the Circut Court of Appeals for the Eighth Circuit denied. *Mr. H. C. Kilpatrick* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Lee A. Jackson* for the United States.